Slip Op. 08-108

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| MACAU YOUCHENG TRADING CO. AND ZHONGSHAN YOUCHENG WOODEN ARTS AND CRAFTS CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Before: Leo M. Gordon, Judge <br><br> Court No. 07-00322 |

**JUDGMENT**

In this action, Defendant sought and received a voluntary remand. <u>See</u> Order dated August 18, 2008. Defendant filed its remand results on October 3, 2008. <u>See</u> Final Results of Redetermination Pursuant to Voluntary Remand, <u>Macau Youcheng Trading Co. v. United States</u>, Court No. 07-00322 (Oct. 3, 2008) ("<u>Redetermination</u>"). All parties in this action concur with the Redetermination. Accordingly, upon the court's review of the Redetermination, and all relevant papers and proceedings had herein, and upon due deliberation, it is hereby

**ORDERED** that the Redetermination is sustained.

                                                              /s/ Leo M. Gordon  
                                                         Judge Leo M. Gordon

Dated:   October 10, 2008  
             New York, New York

## NOTICE OF ENTRY AND SERVICE

      This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

      Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

                                          or

      Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

                                                    Tina Potuto Kimble
                                                   Clerk of the Court

Date: _____     By: _____
                                                                               Deputy Clerk